IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| MARVIN LIDDELL LOTT, </br>Register No. 198045, | ) </br>) </br>) | |
| Plaintiff, | ) </br>) | |
| v. | ) | No. 08-4252-CV-C-NKL |
| | ) | |
| LARRY CRAWFORD, et al., | ) </br>) | |
| Defendants. | ) | |

## ORDER

On August 4, 2009, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on August 24, 2009. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of August 4, 2009, is adopted. [69] It is further

ORDERED that defendants' motion to dismiss is granted and plaintiff's claims are dismissed, without prejudice, for failure to exhaust administrative remedies, pursuant to 42 U.S.C. § 1997e. [30] It is further

ORDERED that plaintiff's motions seeking a temporary restraining order, emergency order, and preliminary injunction regarding his claims in this case, as well as his recent specific request for transfer are denied. [36, 41, 52, 57, 60, 66, 68]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: September 2, 2009
Jefferson City, Missouri